# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALISE J. WESTCOTT, )<br>)<br>Defendant. ) | 8:13CR365<br><br>ORDER |

     This matter is before the court on defendant Alise J. Westcott's unopposed MOTION TO EXTEND TIME IN WHICH TO FILE PRETRIAL MOTIONS [70]. On October 3, 2013 the court entered an order for progression of a criminal case [26] setting the deadline for filing pretrial motions by October 23, 2013. Since that time, the defendant has made three additional requests for a continuance of the deadline. Defendant has now filed a fourth request for additional time. Defendant requests additional time to review discovery. The court will continue the deadline for approximately 30 days. Counsel is advised that no additional extensions will be granted.

     **IT IS ORDERED:**

     1.    Defendant Alise J. Westcott's MOTION TO EXTEND TIME IN WHICH TO FILE PRETRIAL MOTIONS [70] is granted in part. Pretrial motions shall be filed on or before **February 24 2014.**

     **2**.    The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **the time between today's date and February 24, 2014**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

     DATED this 23rd day of January, 2014.

     BY THE COURT:

     s/ F.A. Gossett
     United States Magistrate Judge