IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:13CR365 |
| Plaintiff, | ) | |
| vs. | ) | **AMENDED ORDER** |
| ALISE WESTCOTT, | ) | |
| Defendant. | ) | |

This case came before the Court on a Petition for Action on Conditions of Pretrial Release (#149). On March 2, 2015, Pretrial Services Officer Lisa Caviness submitted a Petition for Action on Conditions of Pretrial Release alleging that Defendant had violated conditions of release as follows:

7. The defendant shall:
   (n) Not possess or use a narcotic drug or other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner.

   *On 02/13/2015, the defendant submitted a urine specimen for testing which was presumptive positive for methamphetamine. The specimen was sent to the national lab which confirmed the specimen was positive for the illicit substance, D-methamphetamine.*

A warrant for Defendant's arrest was issued.

Defendant appeared before the undersigned magistrate on March 4, 2015. Barbara J. Thielen represented Defendant. Nancy Svoboda, Assistant United States Attorney, represented the Government. After being advised of the nature of the allegations, rights, and the consequences if the allegations were found to be true, Defendant admitted the allegations. The Court took judicial notice of the Memorandum of Pretrial Services Officer Lisa Caviness dated March 4, 2015. The Court finds the allegations set out in the petition are generally true and finds the Defendant violated the conditions of release.

After providing both parties an opportunity for allocution as to disposition and considering the report of Pretrial Services, I find the Order Setting Conditions of Release (#44) should remain in force.

**IT IS ORDERED:**

1. The Petition for Action on Conditions of Pretrial Release (#149) is granted; and

2. The October 29, 2013, Order Setting Conditions of Release (#44) hereby remains in force with daily testing.

Dated this 6th day of March 2015.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge