# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**　　　　　　AMENDED DISCHARGE ORDER,
　　　　　　　　　　　　　　　　　　　　　　AMENDING FILING NO. 192
　　　　*v.*
　　　　　　　　　　　　　　　**Docket # 8:13CR365**
**ALISE WESTCOTT**

On May 25, 2016, Alise Westcott was placed on supervised release for a period of 3 years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*[signature]*

　　　　　　　　　　　　　　　　　　Theresa Rerucha, Supervising
　　　　　　　　　　　　　　　　　　U.S. Probation & Pretrial Services Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated., effective August 14, 2018.

Dated this _22nd_ day of _August_, 2018.

　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　The Honorable Laurie Smith Camp
　　　　　　　　　　　　　　　　　　Chief United States District Court Judge